UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CONSUELO LAMB**                                                      **PLAINTIFF**

V.                    No. 3:22-CV-00210-BRW-JTR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                          **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 14th day of July, 2023.

                                                 _____BILLY ROY WILSON_____
                                                 UNITED STATES DISTRICT JUDGE